**DISMISS and Opinion Filed July 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00450-CV

### ERIC K. GORMLY, Appellant
### V.
### COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06149**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Eric K. Gormly appeals from the trial court's December 18, 2018 judgment. We questioned our jurisdiction over this appeal as it appears the notice of appeal is untimely. We instructed Gormly to file, by June 17, 2019, a letter brief addressing our concern and cautioned him that failure to do so may result in dismissal of the appeal without further notice. As of today's date, Gormly has not responded.

When a timely post-judgment motion extending the appellate timetable is filed, a notice of appeal is due ninety days or, with an extension motion, 105 days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a); 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See id.* 25.1(b).

The trial court signed the judgment on December 18, 2018. Gormly filed a timely motion for new trial on January 17, 2019. Accordingly, the notice of appeal was due on March 18, 2019 or, with an extension motion, April 2, 2019. *See id.* 26.1(a); 26.3. Gormly filed a notice of appeal on April 17, 2019, thirty days overdue. Because the notice of appeal is untimely, we dismiss this appeal and pending motion to extend the time to file the appellate record for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190450F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ERIC K. GORMLY, Appellant

No. 05-19-00450-CV     V.

COMMISSION FOR LAWYER
DISCIPLINE, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-06149.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee COMMISSION FOR LAWYER DISCIPLINE recover its costs of this appeal from appellant ERIC K. GORMLY.

Judgment entered July 10, 2019